JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BARON P. MURDOCK and HENRY R. ARMSTRONG, III,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No. 2:15-cv-07203-AB-FFM<br><br>**The Hon. Andre Birotte, Jr.**<br><br>**~~[PROPOSED]~~ ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Action Filed:   September 11, 2015<br>Trial Date:       August 7, 2018 |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

~~[PROPOSED]~~ ORDER DISMISSING ACTION

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

The above action is hereby voluntarily dismissed, with prejudice, pursuant to FRCP 41(a)(1).

IT IS SO ORDERED:

DATED: May 14, 2018

By: _____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT
JUDGE

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

-2-
[PROPOSED] ORDER DISMISSING ACTION